IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDON DALE LOWERY**                                                                 **PLAINTIFF**

V.                                              **4:25-CV-00117-JM**

**USA**                                                                                        **DEFENDANTS**

## ORDER

Plaintiff's Complaint alleges arms dealing, racketeering, and trafficking between Delta Plasma Technologies and the Federal Reserve Bank. He seeks "expedited compensation for all victims [that] this corrupt government has used as livestock."[1] Because Plaintiff's complaint is nonsensical, frivolous, and states no federal cause of action against Defendant for which relief may be granted, this case is DISMISSED. The motion for leave to proceed *in forma pauperis* (Doc. No. 1) is DENIED as MOOT.

IT IS SO ORDERED this 12th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 2.